```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 2:18-00138

SHAWN GILMORE

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue the trial and all related deadlines for a period of approximately thirty days. (ECF No. 26). In support of his motion and the need for a continuance, Gilmore states that defense counsel needs additional time to go over relevant matters with his client and determine whether further investigation is warranted and whether pretrial motions need to be filed.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until October 2, 2018, at 9:30 a.m., in Charleston. Jury instructions

        and proposed voir dire are to be filed by September 25, 2018;

2. All pretrial motions are to be filed by August 23, 2018;

3. A pretrial motions hearing is scheduled for August 30, 2018, at 1:00 p.m., in Charleston;

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

        IT IS SO ORDERED this 31st day of July, 2018.

        ENTER:

        */s/ David A. Faber*
        David A. Faber
        Senior United States District Judge